UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OLD FLORIDA NATIONAL BANK,

Plaintiff,

-vs-                                                    Case No. 6:11-cv-1992-Orl-28KRS

M/V ROMANCE, her engines, tackle,
furniture, and apparel, in rem,

Defendant.

## ORDER

This case is before the Court on Plaintiff's Agreed Motion for Entry of Stipulated

Judgment Foreclosing Preferred Ship's Mortgage (Doc. No. 33) filed February 14, 2012.

The United States Magistrate Judge has submitted a report recommending that the motion

be granted.

After an independent de novo review of the record in this matter, and consideration

of the "Notice of Limited Objection by Defendant Vessel to Report and Recommendation"

(Doc. 35), except as noted in paragraph one below, the Court agrees with the findings of fact

and conclusions of law in the Report and Recommendation. Therefore, it is ORDERED as

follows:

1.      That the Report and Recommendation filed February 21, 2012 (Doc. No. 33)

is ADOPTED and CONFIRMED and made a part of this Order as amended herein. It is

amended on Page 2, #1, in regard to procedural history which shall read as follows:

> Intervening Plaintiff Southern Dry Dock, Inc. ("Southern Drydock")
> provided necessaries to the M/V Romance in the form of labor, material

and storage from November 2011 through January 2012. Southern Drydock has demanded that the owner of the M/V Romance pay for these services in the amount of $160,200.84, but the owner has not done so. Therefore, Southern Drydock has a **claim of** maritime lien against the M/V Romance. Doc. No. 22. Amended Verified Complaint in Intervention.

2.    Plaintiff's Agreed Motion for Entry of Stipulated Judgment Foreclosing Preferred Ship's Mortgage (Doc. No. 32) is **GRANTED.**

3.    The parties shall submit, by March 22, 2012, a proposed Final Judgment *In Rem* with the current amount owed calculated to March 23, 2012.

4.    The parties shall also submit, by March 22, 2012, an updated proposed Order Directing Final Sale of Defendant Vessel.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _2 0_ day of March, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party